Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, | Civil Action No: 17-cv-01303-GMN-GWF |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| Kahlon Enterprises, Inc. DBA Subway #58137, | **WITH PREJUDICE** |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Kevin Zimmerman, hereby voluntarily dismisses this Action with prejudice.

/ / /

**RESPECTFULLY** submitted this 9th day of July, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of NEF notifications to:

Royi Moas
WOLF RIFKIN SHAPRIO SCHULMAN & RABKIN LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120
rmoas@wrslawyers.com
*Attorney for Defendant*

*by sr*